

# THE THIRTEENTH COURT OF APPEALS

---

## 13-21-00104-CR

---

Walter Lee Washington III
v.
The State of Texas

---

On Appeal from the
329th District Court of Wharton County, Texas
Trial Court Cause No. 22427

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion.

We further order this decision certified below for observance.

November 10, 2021